UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SABRINA HILL-BASKIN,

        Plaintiff,
v.                              Case No. 8:11-cv-2174-T-33EAJ

LASER SPINE INSTITUTE, LLC,
ET AL.,

        Defendants.
_____/

**ORDER**

    This matter comes before the Court pursuant to Plaintiff's Motion for Rehearing, Reconsideration and/or Clarification (Doc. # 11), filed on October 6, 2011. For the reasons that follow, Plaintiff's Motion is granted.

    Counsel for Plaintiff in this cause has informed the Court that the Order of September 29, 2011 (Doc. # 9) requires reconsideration, as Plaintiff voluntarily dismissed her case before any defendant filed an answer or motion for summary judgment. Accordingly, Plaintiff's Motion is granted. The September 29, 2011, Order of this Court (Doc. # 9) is vacated. This case is dismissed *without prejudice.*

    Accordingly it is

    **ORDERED, ADJUDGED,** and **DECREED:**

(1) Plaintiff's Motion for Rehearing, Reconsideration and/or Clarification (Doc. # 11) is **GRANTED**.

(2) This Court's Order of September 29, 2011 (Doc. # 9) is **VACATED**.

(3) This case is dismissed *without prejudice*. The case is to remain closed.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>7th</u> day of November, 2011.

*[Signature]*
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record

2